**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE LASALLE GROUP, INC.

       Plaintiff,　　　　　　　　　Case No. 04-71563

vs.　　　　　　　　　　　　　　　HONORABLE BERNARD A. FRIEDMAN
　　　　　　　　　　　　　　　　HONORABLE STEVEN D. PEPE

ROBERT CROWELL d/b/a
ARMCO MASONRY

       Defendant.
_____/

ORDER

Plaintiff filed a motion to compel Defendant's deposition (Dkt. # 29). Defendant's counsel, Paul Callam, filed a motion to withdraw as counsel for Defendant (Dkt. # 32). Both motions were referred to the undersigned pursuant to 28 U.S.C. 636 (B)(1)(A) for a hearing and determination.

On August, 11, 2005, the parties, including Paul Callam, Defendant and Plaintiff's counsel, participated in a telephonic hearing at which Defendant indicated that he had no objection to the withdrawal of Paul Callam as his counsel of record and further indicated that he had already arranged for substitute counsel to take attorney Callam's place.

Now, therefore, IT IS ORDERED that Paul A. Callam's Motion To Withdraw (Dkt. #32) is GRANTED. Until such time as another counsel files an appearance for Defendant in this matter all correspondence and pleadings shall be directed to Defendant.

It is further ordered that Plaintiff/Counter-Defendant's Motion To Compel Deposition (Dkt.

# 29) is GRANTED.  Defendant shall appear for his deposition within 28 days.


SO ORDERED.


Dated: August 12, 2005                                    s/Steven D. Pepe
Ann Arbor, Michigan                                       United States Magistrate Judge





Certificate of Service

    I hereby certify that copies of this Order were served upon the attorneys of record by electronic means or U. S. Mail on August 12, 2005.

                                                                        s/William J. Barkholz
                                                                        Courtroom Deputy Clerk